**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00170-CV

### BAXTER BAILEY & ASSOCIATES, INC., Appellant

### V.

### TTS, LLC, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04029-2012**

## ORDER

We **GRANT** appellant's May 16, 2014 third motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on May 19, 2014 filed as of the date of this order.

/s/     ADA BROWN
         JUSTICE